IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ALLEN DAY,<br><br>Defendant. | Case No. 23-CR-30035-5-SPM |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Pending before the Court is the Government's Motion to Authorize Payment from Inmate Trust Account pursuant to 18 U.S.C.§§ 3613(a) and 3664(n). (Doc. 326). The Government requests that the Court enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for Defendant Day as payment for the criminal monetary penalty imposed in this case. The Bureau of Prisons maintains in its possession, custody, or control $1,007.15 in encumbered funds belonging to the defendant that are currently in the defendant's trust account. At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds.

Therefore, it is hereby **ORDERED** that the Motion of United States of America to Authorize Payment from Inmate Trust Account **GRANTED**; and it is further **ORDERED** that the Bureau of Prisons is authorized to turnover to the Clerk of Court,

and the Clerk of Court shall accept funds currently held in the trust account for the following inmate:

>David Allen Day
>Reg. No. 54536-510
>FCI Talladega
>P.M.B. 1000
>Talladega, AL 35160

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the defendant in this case. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Plaintiff is to provide a copy of this Order to the Garnishee.

**IT IS SO ORDERED.**

**DATED:  April 7, 2025**

>s/ *Stephen P. McGlynn*
>**STEPHEN P. McGLYNN**
>**U.S. District Judge**